# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ROGER HOWARD LINDSAY,** | : |
| Petitioner, | : |
| v. | :   CIVIL ACTION NO. 06-00064-CG-B |
| **GWENDOLYN MOSLEY,** | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 2nd day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE