**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**


**ROGER HOWARD LINDSAY,**        :

    **Petitioner,**        :

**v.**        :        **CIVIL ACTION NO. 06-00064-CG-B**

**GWENDOLYN MOSLEY,**        :

    **Respondent.**        :


## JUDGMENT


It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and

is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 2nd day of March, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE